Dismissed and Memorandum Opinion filed September 29, 2005









Dismissed and Memorandum Opinion filed September 29,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00136-CR

____________

 

JORGE PENA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Criminal Court at Law No. 2

Harris County,
Texas

Trial Court Cause No.
1264986

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed September 29, 2005.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson.

Do not publish C Tex.
R. App. P. 47.2(b).